# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARTHA AKERS,

        *Petitioner*,

    v.

U.S. BANKRUPTCY COURT,

        *Respondent*.

Civil Action No. 18-00544-DLF

## MEMORANDUM OPINION

On March 14, 2018, the Court issued an order construing Martha Akers' self-styled [1] Petition Under 28 U.S.C. § 2254(b)(ii) for Writ of Habeas Corpus to be a complaint commencing a civil lawsuit against the U.S. Bankruptcy Court. The order directed Akers to either pay the required filing fee of $400 or request permission to proceed in forma pauperis if she intended to advance the lawsuit. The Court set a deadline of April 13, 2018 to make the required payment or in forma pauperis application and stated that "[i]f Petitioner fails to timely pay the filing fee or request to proceed in forma pauperis, the Court will dismiss Petitioner's petition without prejudice." Order Mar. 14, 2018. According to the case docket, a copy of the Court's order was mailed to Akers on March 14, 2018. Because Akers has not timely paid the required filing fee or applied to proceed in forma pauperis, the Court will dismiss her petition without prejudice. A separate order consistent with this decision accompanies this memorandum opinion.

DABNEY L. FRIEDRICH
United States District Judge

Date: June 4, 2018